**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Dhruv M. Sharma (SBN 279545)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:    (949) 381-5900
Facsimile:    (949) 271-4040
Email:        bpaino@mcglinchey.com
              dsharma@mcglinchey.com

Attorneys for *Defendant* **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR25**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>GILDA NOEMI SANCHEZ and CESAR JACOBO PEREZ,<br><br>    Debtors.<br><hr>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR25,<br><br>    Defendant. | Case No.: 8:17-bk-14446-CB<br><br>Chapter 13<br><br>Adv. No.: 8:18-ap-01055-CB<br><br>**DEFENDANT'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**Hearing:**<br>Date:  August 16, 2018<br>Time:  1:30 p.m.<br>Place: US. Bankruptcy Court<br>       411 West Fourth Street<br>       Courtroom 5D<br>       Santa Ana, CA 92701<br><br>Filed concurrently with:<br>Motion for Judgment on the Pleadings<br>Memorandum of Points and Authorities<br>Request for Judicial Notice |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that, on August 16, 2018, at 1:30 p.m., or as soon thereafter as the parties may be heard, in Courtroom 5D of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, CA 92701, there will be a hearing on *defendant* Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2006-AR25, Mortgage Pass-Through

1  Certificates Series 2006-AR25's ("Defendant") *Motion for Judgment on the Pleadings* (the
2  "Motion"), which is made pursuant to Rule 12(c) of the Federal Rules of Civil Procedure[1] before the
3  Honorable Catherine E. Bauer.

4  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-
5  1(f)(1), any party opposing the Motion must file and serve a written response at least 14 days before
6  the hearing date designated in this notice. **FAILURE TO TIMELY FILE AN OPPOSITION OR
7  RESPONSE MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING
8  OF THE MOTION**.

9  The Motion is based on the Motion, Memorandum of Points and Authorities, and request for
10 judicial notice filed concurrently herewith, all other pleadings and papers on file herein, and upon
11 such oral and documentary evidence as may be presented by the parties at the hearing.

12 Dated: July 26, 2018                           **McGLINCHEY STAFFORD**

14                                               By:  */s/ Brian A. Paino*
15                                                    BRIAN A. PAINO
                                                      DHRUV M. SHARMA
16                                               Attorneys for *Defendant* **DEUTSCHE BANK
                                                 NATIONAL TRUST COMPANY, AS TRUSTEE
17                                               FOR INDYMAC INDX MORTGAGE LOAN
                                                 TRUST 2006-AR25, MORTGAGE PASS-
18                                               THROUGH CERTIFICATES SERIES 2006-AR25**

---

[1] As made applicable to this case by Federal Rule of Bankruptcy Procedure 7012.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

McGlinchey Stafford | 18201 Von Karman Ave., Suite 350 | Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
_____DEFENDANT'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/26/2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Amrane (RS) Cohen (TR)    efileRS@ch13ac.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Kristin A Zilberstein    ecfnotifications@ghidottilaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __07/26/2018____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Catherine E. Bauer | U.S. Bankruptcy Court
411 W. Fourth St., Suite 5165 | Courtroom 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/26/2018 | Carol Rico | /s/ Carol Rico |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.